IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLIN DALE HUSLEY, Reg. No. 35719-016, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|   v. | ) CIVIL CASE NO. 2:23-cv-584-ECM |
| | ) |
| DONNIE WAYNE BETHAL, | ) |
| | ) |
|   Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On November 2, 2023, the Magistrate Judge entered a Recommendation (doc. 4) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 4) is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to comply with the Orders of this Court. It is further

ORDERED that all pending motions are DENIED as moot.

A separate Final Judgment will be entered.

DONE this 28th day of November, 2023.

                                          /s/ Emily C. Marks
                                      EMILY C. MARKS
                                      CHIEF UNITED STATES DISTRICT JUDGE